RECEIVED

JAN 24 2025

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **INFORMATION**   CR 25·17 LMP |
| | ) | |
| v. | ) | 18 U.S.C. § 287 |
| | ) | |
| NATHAN LLOYD STAPLES, | ) | |
| | ) | |
| Defendant. | ) | |

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Filing a False Claim for Refund)

On or about April 20, 2023, in the State and District of Minnesota, and elsewhere, the defendant,

**NATHAN LLOYD STAPLES,**

made and presented, and caused to be made and presented, to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes, knowing that claim to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and presenting and causing to be presented to the Internal Revenue Service, Form 1041, on behalf of a trust, the Nathan Staples Estate, for the calendar year 2022, requesting a refund of $9,999,999 to which STAPLES knew neither he nor the Nathan Staples Estate were entitled, all in violation of Title 18, United States Code, Section 287.



SCANNED

JAN 27 2025

U.S. DISTRICT COURT MPLS

United States v. Nathan Lloyd Staples

## A TRUE BILL

Dated:   January 24, 2025

LISA D. KIRKPATRICK
Acting United States Attorney

*/s/ Matthew D. Forbes*
MATTHEW D. FORBES
NY Bar No. 5664354
Assistant U.S. Attorney

2